**Form 300b**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jackson Leroy Jones** | : | Case No. 14−10340−TPA |
| **dba J & J Flooring** | : | Chapter: 13 |
| **Jennifer Dawn Jones** | : | |
| **dba J & J Flooring** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 69 |
| *Movant(s),* | : | |
| | : | Hearing Date: 8/28/19 at 12:00 PM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     **AND NOW**, this **The 28th of June, 2019**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 69 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)  **On or before August 12, 2019**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on **August 28, 2019 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

_____

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-10340-TPA
Jackson Leroy Jones                                                             Chapter 13
Jennifer Dawn Jones
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar          Page 1 of 2              Date Rcvd: Jun 28, 2019
                             Form ID: 300b        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
```
db/jdb        +Jackson Leroy Jones,   Jennifer Dawn Jones,   12090 Route 66,   Clarion, PA 16214-5324
13828098       Citi Cards,  P.O. Box 79035,   Saint Louis, MO 63179-0345
13828100      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,   PO Box 11732,   Newark, NJ 07101)
13817910      +Furniture Galleries, Inc.,   465 Pittsburgh Road,   Butler, PA 16002-7692
13817911      +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13828108      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,   P.O. Box 630267,   Irving, TX 75063)
13852574       NATIONSTAR MORTGAGE, LLC,   Attn: Bankruptcy Department,   PO Box 630267, Irving, TX 75063,
               With copy to WPR, BK Services,   2001 Western Ave #400, Seattle, WA 98121
13817915       Nationstar Mortgage,   P.O. Box 60516,   City of Industry, CA 91716-0516
13828110      +Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
13817916      +Shapiro & Denardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13828112       Stoneleigh Recovery Associates, LLC,   PO Box 1479,   Lombard, IL 60148-8479
13817917      #Thomas J. May, Esquire,   Murrin, Taylor, Flach, Gallagher & May,
               Diamond Park Place, Lower Level,   110 East Diamond Street,   Butler, PA 16001-5999
13817918       Tractor Supply/ Citibank,   P.O. Box 6997,   Sioux Falls, SD 57117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:22:02
               PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2019 03:06:18
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13865097      +E-mail/Text: bncmail@w-legal.com Jun 29 2019 03:09:48     ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13817907      +E-mail/Text: ally@ebn.phinsolutions.com Jun 29 2019 03:08:54     Ally,   P.O. Box 38092,
               Bloomington, MN 55438
13826807       E-mail/Text: ally@ebn.phinsolutions.com Jun 29 2019 03:08:54
               Ally Bank serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13828402       E-mail/Text: ally@ebn.phinsolutions.com Jun 29 2019 03:08:54
               Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13817908      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 03:09:11     Bon Ton/ Comenity Bank,
               P.O. Box 182125,   Columbus, OH 43218-2125
13817909      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 03:06:42     Capital One,
               P.O. Box 30285,   Salt Lake City, UT 84130-0285
13828099      +E-mail/Text: bsauerland@clarionhospital.org Jun 29 2019 03:08:59     Clarion Hospital,
               One Hospital Drive,   Clarion, PA 16214-8599
13817912      +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:06:37     J.C. Penney/ GE Capital,
               P.O. Box 965060,   Orlando, FL 32896-5060
13817913      +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:07:17     Lowes/ GE Capital Bank,
               P.O. Box 103104,   Roswell, GA 30076-9104
13817914      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 03:09:11     Maurices Comenity Bank,
               P.O. Box 182125,   Columbus, OH 43218-2125
13866590      +E-mail/Text: Bankruptcy@natfuel.com Jun 29 2019 03:09:37     National Fuel,   P.O. Box 2081,
               Erie, PA 16512-2081
13828106      +E-mail/Text: Bankruptcy@natfuel.com Jun 29 2019 03:09:37     National Fuel,   1 Relief Street,
               Oil City, PA 16301-1001
13828109      +E-mail/Text: ally@ebn.phinsolutions.com Jun 29 2019 03:08:54     Nuvell Financial Services,
               P.O. Box 380901,   Bloomington, MN 55438-0901
14412638       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:22:02
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13878394       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:22:25
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13846554      +E-mail/Text: csc.bankruptcy@amwater.com Jun 29 2019 03:10:18     Pennsylvania American Water,
               P.O. Box 578,   Alton, IL 62002-0578
13856772       E-mail/Text: bnc-quantum@quantum3group.com Jun 29 2019 03:09:17
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13851252       E-mail/Text: bnc-quantum@quantum3group.com Jun 29 2019 03:09:17
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13823837       E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2019 03:06:18
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13828115      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 29 2019 03:08:49
               Verizon,   P.O. Box 4002,   Acworth, GA 30101-9003
13817919      +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:06:37     Walmart/GE Capital Bank,
               P.O. Box 103104,   Roswell, GA 30076-9104
13828117      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 29 2019 03:09:42     West Penn Power,
               First Energy Corp.,   76 South Main Street,   Akron, OH 44308-1890
13894825      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 29 2019 03:09:42     West Penn Power,
               1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                        TOTAL: 25
```

```
District/off: 0315-1          User: lmar              Page 2 of 2            Date Rcvd: Jun 28, 2019
                              Form ID: 300b            Total Noticed: 38


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*           ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
cr*            +PRA  Receivables Management LLC,     POB 41067,    Norfolk, VA 23541-1067
13828095*        Ally,   P.O. Box 38092,   Bloomington, MN 55438
13828096*       +Bon Ton/ Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
13828097*       +Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
13828101*       +Furniture Galleries, Inc.,   465 Pittsburgh Road,   Butler, PA 16002-7692
13828102*       +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13828103*       +J.C. Penney/ GE Capital,    P.O. Box 965060,    Orlando, FL 32896-5060
13828104*       +Lowes/ GE Capital Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
13828105*       +Maurices Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
13828107*        Nationstar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
14656898*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO BOX 41067,
                  Norfolk, VA 23541)
13828111*       +Shapiro & Denardo, LLC,    3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13828113*       +Thomas J. May, Esquire,    Murrin, Taylor, Flach, Gallagher & May,
                  Diamond Park Place, Lower Level,   110 East Diamond Street,   Butler, PA 16001-5999
13828114*        Tractor Supply/ Citibank,    P.O. Box 6997,   Sioux Falls, SD 57117
13828116*       +Walmart/GE Capital Bank,    P.O. Box 103104,   Roswell, GA 30076-9104
                                                                             TOTALS: 2, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
```
        Daniel Brett Sullivan   on behalf of Creditor   Nationstar Mortgage, LLC. BNCmail@w-legal.com,
          DanS@w-legal.com
        Granville Enriquez Carter   on behalf of Debtor Jackson Leroy Jones gec000139@gmail.com,
          gecarter712@windstream.net
        Granville Enriquez Carter   on behalf of Joint Debtor Jennifer Dawn Jones gec000139@gmail.com,
          gecarter712@windstream.net
        James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
          as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
          Loan Trust 2006-B bkgroup@kmllawgroup.com
        Joseph P. Schalk   on behalf of Creditor   Nationstar Mortgage LLC jschalk@barley.com,
          sromig@barley.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 7
```