FILED
7/1/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 14-10340TPA |
| Jackson Leroy Jones | ) | |
| Jennifer Dawn Jones | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____73_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| Jackson Leroy Jones | ) | |
| Jennifer Dawn Jones | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on April 03, 2019 (document #55) is hereby WITHDRAWN.  Therefore, the hearing scheduled for July 12, 2019, is hereby Cancelled.

Respectfully submitted

6/28/19

/s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
July 01, 2019

*[signature]*
**ljm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10340-TPA
Jackson Leroy Jones                                                       Chapter 13
Jennifer Dawn Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: dkam              Page 1 of 1             Date Rcvd: Jul 01, 2019
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
db/jdb         +Jackson Leroy Jones,    Jennifer Dawn Jones,   12090 Route 66,   Clarion, PA 16214-5324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC. BNCmail@w-legal.com, DanS@w-legal.com
              Granville Enriquez Carter    on behalf of Debtor Jackson Leroy Jones gec000139@gmail.com, gecarter712@windstream.net
              Granville Enriquez Carter    on behalf of Joint Debtor Jennifer Dawn Jones gec000139@gmail.com, gecarter712@windstream.net
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com, sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7