**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jackson Leroy Jones** | Social Security number or ITIN  **xxx–xx–6987** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer Dawn Jones** | Social Security number or ITIN  **xxx–xx–0624** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–10340–TPA**

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jackson Leroy Jones                                                    Jennifer Dawn Jones
dba J & J Flooring                                                          dba J & J Flooring

8/20/19                                                                              **By the court:**    Thomas P. Agresti
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-10340-TPA
Jackson Leroy Jones                                                   Chapter 13
Jennifer Dawn Jones
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 2              Date Rcvd: Aug 20, 2019
                               Form ID: 3180W          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db/jdb         +Jackson Leroy Jones,   Jennifer Dawn Jones,   12090 Route 66,   Clarion, PA 16214-5324
13828098        Citi Cards,   P.O. Box 79035,   Saint Louis, MO 63179-0345
13817910       +Furniture Galleries, Inc.,   465 Pittsburgh Road,   Butler, PA 16002-7692
13828108       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,   P.O. Box 630267,   Irving, TX 75063)
13852574        NATIONSTAR MORTGAGE, LLC,   Attn: Bankruptcy Department,   PO Box 630267, Irving, TX 75063,
                With copy to WPR, BK Services,   2001 Western Ave #400, Seattle, WA 98121
13817915        Nationstar Mortgage,   P.O. Box 60516,   City of Industry, CA 91716-0516
13828110       +Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
13817916       +Shapiro & Denardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13828112        Stoneleigh Recovery Associates, LLC,   PO Box 1479,   Lombard, IL 60148-8479
13817918        Tractor Supply/ Citibank,   P.O. Box 6997,   Sioux Falls, SD 57117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2019 03:00:18      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Aug 21 2019 06:48:00      PRA Receivables Management, LLC,   PO Box 41067,
                Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Aug 21 2019 06:48:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
13865097       +E-mail/Text: bncmail@w-legal.com Aug 21 2019 03:00:32      ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13817907        EDI: GMACFS.COM Aug 21 2019 06:48:00      Ally,   P.O. Box 38092,   Bloomington, MN 55438
13826807        EDI: GMACFS.COM Aug 21 2019 06:48:00      Ally Bank serviced by Ally Servicing LLC,
                PO Box 130424,   Roseville, MN 55113-0004
13828402        EDI: GMACFS.COM Aug 21 2019 06:48:00      Ally Financial serviced by Ally Servicing LLC,
                PO Box 130424,   Roseville, MN 55113-0004
13817908       +EDI: WFNNB.COM Aug 21 2019 06:48:00      Bon Ton/ Comenity Bank,   P.O. Box 182125,
                Columbus, OH 43218-2125
13817909       +EDI: CAPITALONE.COM Aug 21 2019 06:48:00      Capital One,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
13828099       +E-mail/Text: bsauerland@clarionhospital.org Aug 21 2019 03:00:01      Clarion Hospital,
                One Hospital Drive,   Clarion, PA 16214-8599
13828100        EDI: DIRECTV.COM Aug 21 2019 06:48:00      Direct TV,   P.O. Box 11732,   Newark, NJ 07101
13817911       +EDI: CITICORP.COM Aug 21 2019 06:48:00      Home Depot,   P.O. Box 6497,
                Sioux Falls, SD 57117-6497
13817912       +EDI: RMSC.COM Aug 21 2019 06:48:00      J.C. Penney/ GE Capital,   P.O. Box 965060,
                Orlando, FL 32896-5060
13817913       +EDI: RMSC.COM Aug 21 2019 06:48:00      Lowes/ GE Capital Bank,   P.O. Box 103104,
                Roswell, GA 30076-9104
13817914       +EDI: WFNNB.COM Aug 21 2019 06:48:00      Maurices Comenity Bank,   P.O. Box 182125,
                Columbus, OH 43218-2125
13866590       +E-mail/Text: Bankruptcy@natfuel.com Aug 21 2019 03:00:24      National Fuel,   P.O. Box 2081,
                Erie, PA 16512-2081
13828106       +E-mail/Text: Bankruptcy@natfuel.com Aug 21 2019 03:00:24      National Fuel,   1 Relief Street,
                Oil City, PA 16301-1001
13828109       +EDI: GMACFS.COM Aug 21 2019 06:48:00      Nuvell Financial Services,   P.O. Box 380901,
                Bloomington, MN 55438-0901
14412638        EDI: PRA.COM Aug 21 2019 06:48:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk, VA 23541
13878394        EDI: PRA.COM Aug 21 2019 06:48:00      Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
13846554       +E-mail/Text: csc.bankruptcy@amwater.com Aug 21 2019 03:00:45      Pennsylvania American Water,
                P.O. Box 578,   Alton, IL 62002-0578
13856772        EDI: Q3G.COM Aug 21 2019 06:48:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
13851252        EDI: Q3G.COM Aug 21 2019 06:48:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
13823837        EDI: RECOVERYCORP.COM Aug 21 2019 06:48:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13828115       +EDI: VERIZONCOMB.COM Aug 21 2019 06:48:00      Verizon,   P.O. Box 4002,
                Acworth, GA 30101-9003
13817919       +EDI: RMSC.COM Aug 21 2019 06:48:00      Walmart/GE Capital Bank,   P.O. Box 103104,
                Roswell, GA 30076-9104
13828117       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 21 2019 03:00:26      West Penn Power,
                First Energy Corp.,   76 South Main Street,   Akron, OH 44308-1890
13894825       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 21 2019 03:00:26      West Penn Power,
                1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 28

```
District/off: 0315-1          User: culy              Page 2 of 2           Date Rcvd: Aug 20, 2019
                              Form ID: 3180W         Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr*            +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13828095*       Ally,   P.O. Box 38092,    Bloomington, MN 55438
13828096*      +Bon Ton/ Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
13828097*      +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13828101*      +Furniture Galleries, Inc.,    465 Pittsburgh Road,    Butler, PA 16002-7692
13828102*      +Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13828103*      +J.C. Penney/ GE Capital,    P.O. Box 965060,    Orlando, FL 32896-5060
13828104*      +Lowes/ GE Capital Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
13828105*      +Maurices Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
13828107*       Nationstar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
14656898*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO BOX 41067,
                  Norfolk, VA 23541)
13828111*      +Shapiro & Denardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13828113*       Thomas J. May, Esquire,    Murrin, Taylor, Flach, Gallagher & May,
                  Diamond Park Place, Lower Level,    110 East Diamond Street,    Butler, PA 16001-5999
13828114*       Tractor Supply/ Citibank,    P.O. Box 6997,    Sioux Falls, SD 57117
13828116*      +Walmart/GE Capital Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
13817917       ##Thomas J. May, Esquire,    Murrin, Taylor, Flach, Gallagher & May,
                  Diamond Park Place, Lower Level,    110 East Diamond Street,    Butler, PA 16001-5999
                                                                                            TOTALS: 2, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Daniel Brett Sullivan    on behalf of Creditor   Nationstar Mortgage, LLC. BNCmail@w-legal.com,
               DanS@w-legal.com
              Granville Enriquez Carter    on behalf of Debtor Jackson Leroy Jones gec000139@gmail.com,
               gecarter712@windstream.net
              Granville Enriquez Carter    on behalf of Joint Debtor Jennifer Dawn Jones gec000139@gmail.com,
               gecarter712@windstream.net
              James Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor   Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```