**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/20/19 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JACKSON LEROY JONES
JENNIFER DAWN JONES
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-10340 TPA

Chapter 13

Document No.: 69

**ORDER OF COURT**

AND NOW, this ___20th___ day of ___August___, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE     jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jackson Leroy Jones
Jennifer Dawn Jones
    Debtors

Case No. 14-10340-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 2     Date Rcvd: Aug 20, 2019
                    Form ID: pdf900     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.

```
db/jdb        +Jackson Leroy Jones,   Jennifer Dawn Jones,   12090 Route 66,   Clarion, PA 16214-5324
13828098       Citi Cards,   P.O. Box 79035,   Saint Louis, MO 63179-0345
13828100      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,    P.O. Box 11732,   Newark, NJ 07101)
13817910      +Furniture Galleries, Inc.,   465 Pittsburgh Road,   Butler, PA 16002-7692
13817911      +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13828108      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    P.O. Box 630267,   Irving, TX 75063)
13852574       NATIONSTAR MORTGAGE, LLC,   Attn: Bankruptcy Department,   PO Box 630267, Irving, TX 75063,
                With copy to WPR, BK Services,   2001 Western Ave #400, Seattle, WA 98121
13817915       Nationstar Mortgage,   P.O. Box 60516,   City of Industry, CA 91716-0516
13828110      +Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
13817916      +Shapiro & Denardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13828112       Stoneleigh Recovery Associates, LLC,   PO Box 1479,   Lombard, IL 60148-8479
13817918       Tractor Supply/ Citibank,   P.O. Box 6997,   Sioux Falls, SD 57117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 03:17:15
               PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2019 03:06:20
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13865097      +E-mail/Text: bncmail@w-legal.com Aug 21 2019 03:00:32     ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13817907       E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2019 03:00:00     Ally,   P.O. Box 38092,
               Bloomington, MN 55438
13826807       E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2019 03:00:00
               Ally Bank serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13828402       E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2019 03:00:00
               Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13817908      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 03:00:08     Bon Ton/ Comenity Bank,
               P.O. Box 182125,   Columbus, OH 43218-2125
13817909      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 03:06:17     Capital One,
               P.O. Box 30285,   Salt Lake City, UT 84130-0285
13828099      +E-mail/Text: bsauerland@clarionhospital.org Aug 21 2019 03:00:01     Clarion Hospital,
               One Hospital Drive,   Clarion, PA 16214-8599
13817912      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 03:06:15     J.C. Penney/ GE Capital,
               P.O. Box 965060,   Orlando, FL 32896-5060
13817913      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 03:05:46     Lowes/ GE Capital Bank,
               P.O. Box 103104,   Roswell, GA 30076-9104
13817914      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 03:00:08     Maurices Comenity Bank,
               P.O. Box 182125,   Columbus, OH 43218-2125
13866590      +E-mail/Text: Bankruptcy@natfuel.com Aug 21 2019 03:00:24     National Fuel,   P.O. Box 2081,
               Erie, PA 16512-2081
13828106      +E-mail/Text: Bankruptcy@natfuel.com Aug 21 2019 03:00:24     National Fuel,   1 Relief Street,
               Oil City, PA 16301-1001
13828109      +E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2019 03:00:00     Nuvell Financial Services,
               P.O. Box 380901,   Bloomington, MN 55438-0901
14412638       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 03:05:20
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13878394       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 03:06:19
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13846554      +E-mail/Text: csc.bankruptcy@amwater.com Aug 21 2019 03:00:44     Pennsylvania American Water,
               P.O. Box 578,   Alton, IL 62002-0578
13856772       E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2019 03:00:14
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13851252       E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2019 03:00:14
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13823837       E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2019 03:05:23
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13828115      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2019 02:59:58
               Verizon,   P.O. Box 4002,   Acworth, GA 30101-9003
13817919      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 03:05:18     Walmart/GE Capital Bank,
               P.O. Box 103104,   Roswell, GA 30076-9104
13828117      +E-mail/Text: bankruptcy@firstenergycorp.com Aug 21 2019 03:00:26     West Penn Power,
               First Energy Corp.,   76 South Main Street,   Akron, OH 44308-1890
13894825      +E-mail/Text: bankruptcy@firstenergycorp.com Aug 21 2019 03:00:26     West Penn Power,
               1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 25
```

Case 14-10340-TPA    Doc 81    Filed 08/22/19    Entered 08/23/19 00:42:33    Desc Imaged
                              Certificate of Notice    Page 3 of 3

```
District/off: 0315-1           User: culy              Page 2 of 2                Date Rcvd: Aug 20, 2019
                               Form ID: pdf900         Total Noticed: 37
```

                    ***** BYPASSED RECIPIENTS (continued) *****

                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr               Nationstar Mortgage LLC
cr               THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*             ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr*              +PRA Receivables Management LLC,   POB 41067,    Norfolk, VA 23541-1067
13828095*        Ally,   P.O. Box 38092,   Bloomington, MN 55438
13828096*       +Bon Ton/ Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
13828097*       +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13828101*       +Furniture Galleries, Inc.,    465 Pittsburgh Road,    Butler, PA 16002-7692
13828102*       +Home Depot,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
13828103*       +J.C. Penney/ GE Capital,    P.O. Box 965060,    Orlando, FL 32896-5060
13828104*       +Lowes/ GE Capital Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
13828105*       +Maurices Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
13828107*        Nationstar Mortgage,   P.O. Box 60516,    City of Industry, CA 91716-0516
14656898*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO BOX 41067,
                   Norfolk, VA 23541)
13828111*       +Shapiro & Denardo, LLC,   3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13828113*        Thomas J. May, Esquire,    Murrin, Taylor, Flach, Gallagher & May,
                   Diamond Park Place, Lower Level,    110 East Diamond Street,    Butler, PA 16001-5999
13828114*        Tractor Supply/ Citibank,    P.O. Box 6997,   Sioux Falls, SD 57117
13828116*       +Walmart/GE Capital Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
13817917       ##Thomas J. May, Esquire,    Murrin, Taylor, Flach, Gallagher & May,
                   Diamond Park Place, Lower Level,    110 East Diamond Street,    Butler, PA 16001-5999
                                                                                               TOTALS: 2, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Daniel Brett Sullivan   on behalf of Creditor   Nationstar Mortgage, LLC. BNCmail@w-legal.com,
               DanS@w-legal.com
              Granville Enriquez Carter   on behalf of Debtor Jackson Leroy Jones gec000139@gmail.com,
               gecarter712@windstream.net
              Granville Enriquez Carter   on behalf of Joint Debtor Jennifer Dawn Jones gec000139@gmail.com,
               gecarter712@windstream.net
              James Warmbrodt   on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B bkgroup@kmllawgroup.com
              Joseph P. Schalk   on behalf of Creditor   Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```